UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAY F. VANN, | ) |
|        Petitioner | ) |
| v. | )    Case No. 2:12-cv-00494-WMA-HGD |
| MIKE HALE, Sheriff, et al., | ) |
|        Respondents | ) |

## DISMISSAL ORDER

On March 12, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 21, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is due to be and hereby is DISMISSED WITHOUT PREJUDICE to allow petitioner to exhaust available state remedies.

DONE this 22nd day of March, 2012.

                                          _____
                                          WILLIAM M. ACKER, JR.
                                          UNITED STATES DISTRICT JUDGE